1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

ERNEST MONTGOMERY,              )        No. EDCV 09-8641-CW
12                              )
                 Plaintiff,     )        JUDGMENT
13                              )
          v.                    )
14                              )
MICHAEL J. ASTRUE,              )
15   Commissioner, Social Security )
Adminstration,                  )
16                              )
                 Defendant.     )
17   _____)

18

19       **IT IS ADJUDGED** that this action is remanded to defendant for

20   further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

21   and consistent with the accompanying Decision and Order.

22

23   DATED: January 3, 2012

24                                   
                                     _____
25                                   CARLA M. WOEHRLE
                                     United States Magistrate Judge
26

27

28