**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
ERNEST MONTGOMERY,              )    No. EDCV 09-8641-CW
                                )
          Plaintiff,            )    JUDGMENT
                                )
     v.                         )
                                )
MICHAEL J. ASTRUE,              )
Commissioner, Social Security   )
Adminstration,                  )
                                )
          Defendant.            )
_____ )
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: January 3, 2012

_____
     CARLA M. WOEHRLE
United States Magistrate Judge